IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| IRVING HEAD | § | |
| v. | § | CIVIL ACTION NO. 9:13CV32 |
| NOEL LUPER d/b/a LUPER SELF STORAGE | § | |

FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED** with prejudice, each party bearing its own attorney's fees and costs.

So **ORDERED** and **SIGNED** this **11** day of **June, 2013.**

_____
Ron Clark, United States District Judge